UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES A. WILLIAMS, | |
| Plaintiff, | CASE NO. 3:17-cv-05615-BHS-DWC |
| v. | ORDER GRANTING EXTENSION |
| BERNARD E. WARNER, | |
| Defendant. | |

Plaintiff James A. Williams, proceeding *pro se* and *in forma pauperis*, initiated this civil rights Complaint pursuant to 42 U.S.C. § 1983. Currently before the Court is Plaintiff's Motion for Extension of Time, wherein he requests a 60-day extension to file a response to the Court's Order to Show Cause or Amend. Dkt. 10.

Plaintiff filed this action in August of 2017. Dkt. 1. After granting his Motion to Proceed *In Forma Pauperis*, the Court ordered Plaintiff to file an amended complaint or otherwise show cause why the Court should not recommend his claims be dismissed. Dkt. 8. Plaintiff's deadline to respond was October 27, 2017. *Id*. The Court received Plaintiff's Motion for Extension, signed and dated October 26, 2017, on October 30, 2017. Dkt. 10. In it, Plaintiff states he cannot meet

the deadlines set by the Court because he is in the Intensive Management Unit at the Monroe Correctional Complex and is being purposefully denied access to the law library and legal resources by the law librarian and her superiors. Dkt. 10. Having reviewed the record, including Plaintiff's Motion for Extension of Time (Dkt. 10), the Court finds an extension of time is appropriate to allow Plaintiff to respond to the Court's previous Order.

Accordingly, Plaintiff's Motion for Extension of Time (Dkt. 10) is granted. Plaintiff has until January 12, 2018, to either file an amended complaint in compliance with the Court's previous order (Dkt. 8) or to otherwise show cause why the Court should not recommend his action be dismissed.

Plaintiff is reminded he is subject to the Court's Prisoner E-Filing Initiative pursuant to General Order 06-16. Accordingly, Plaintiff is required to utilize the e-filing system. He may not mail physical copies of his pleadings to the Court. Because Plaintiff is concerned his access to the e-filing system is being unlawfully limited, the Court will consider additional motions for extensions of time as necessary.

The Clerk is directed to send Plaintiff the appropriate forms for filing a 42 U.S.C. § 1983 civil rights complaint and for service. The Clerk is further directed to send copies of this Order and Pro Se Instruction Sheet to Plaintiff. The Clerk is finally directed to send a new copy of the Court's previous Order (Dkt. 8) to Plaintiff.

Dated this 13th day of November, 2017.

David W. Christel
United States Magistrate Judge