UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES A. WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNARD E. WARNER,<br><br>    Defendant. | CASE NO. 3:17-cv-05615-BHS-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: July 27, 2018 |

The District Court has referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge David W. Christel. Plaintiff James A. Williams, proceeding *pro se*, initiated this civil rights action on August 4, 2017. Dkt. 1.

After granting Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. 5), the Court screened Plaintiff's Complaint. The Court noted Plaintiff's Complaint was 67 pages long, convoluted, and the Court had trouble gleaning any meaning from it. Dkt. 8. The Court provided Plaintiff until October 27, 2017, to file an Amended Complaint. Plaintiff subsequently requested an additional sixty days to file his amended Complaint (Dkt. 10), and the Court extended his deadline to January 12, 2018 (Dkt. 11). Plaintiff again moved for an extension of time (Dkt. 13),

1  and the Court extended his deadline once again to March 16, 2018 (Dkt. 15). Plaintiff failed to

2  file an Amended Complaint by that date, and the Court entered a second Order to Show Cause,

3  asking Plaintiff to show cause why the Court should not recommend dismissal of his case for

4  failure to obey a court order. Dkt. 18. Plaintiff responded, requesting, once again, additional time

5  to file his Amended Complaint. Dkt. 19. The Court granted an extension, but warned Plaintiff,

6  "[b]ecause this is Plaintiff's third extension of time to file the Amended Complaint and because

7  Plaintiff failed to adhere to the last extension the Court granted, the Court will look extremely

8  disfavorably on any further delay." Dkt. 20, p. 2. The Court gave Plaintiff until June 22, 2018, to

9  file his Amended Complaint. *Id*. Instead of filing an Amended Complaint, Plaintiff filed a 143

10 page Motion requesting, again, additional time. Dkt. 21.

11       The Court entered an Order telling Plaintiff "[it] will not entertain further delay in this

12 case," and denied Plaintiff's fourth Motion for Extension. Dkt. 23, p. 2-3. Because of the timing

13 of the Court's Order, the Court also provided Plaintiff until June 26, 2018, to file his Amended

14 Complaint. *Id*. Plaintiff has failed to do so.

15       Plaintiff has been provided three sixty-day extensions to file his Amended Complaint

16 since November of last year. He still has not submitted anything resembling an Amended

17 Complaint and has now twice failed to adhere to deadlines established by this Court. He has been

18 warned that failure to adhere to the deadline would result in a recommendation that his case be

19 dismissed.

20       Therefore, the Court recommends Plaintiff's action be dismissed for failure to obey a

21 court order.

22       The Court further recommends all outstanding motions be denied as moot.

23

24

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on July 27, 2018, as noted in the caption.

Dated this 12th day of July, 2018.

David W. Christel
United States Magistrate Judge