UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES A. WILLIAMS,<br><br>            Plaintiff,<br><br>   v.<br><br>BERNARD E WARNER,<br><br>            Defendant. | CASE NO. C17-5615 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 24. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     Plaintiff's claims are **DISMISSED without prejudice** for failure to obey a court order.

Dated this 30th day of July, 2018.

BENJAMIN H. SETTLE
United States District Judge

ORDER